ARCHIBALD B. BARKER, Appellant, v. LIBERTY BANK OF JAMESTOWN, N. Y., Respondent.

*Banks and banking — bills, notes and checks — action to recover balance of deposit in bank — defense that deposit was made as collateral security for payment of note made by president of depositor for its benefit — undisclosed principal.*

Barker v. Liberty Nat. Bank of Jamestown, 213 App. Div. 846, affirmed.

(Argued May 15, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1925, affirming a judgment in favor of defendant entered upon the report of a referee. The action was to recover a balance unpaid of a deposit made with defendant by a Canadian bank, plaintiff's assignor. The defense was that the deposit was made as collateral security for the payment of a note made by the president of the Canadian bank with the knowledge and for the benefit of said bank which was the undisclosed principal in the transaction and received the proceeds of the loan.

*John S. Leonard* and *Louis L. Thrasher* for appellant.

*Lee L. Ottaway* and *McKinley L. Phillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FALKENAU & HAMERSHLAG, INC., Appellant, v. WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*New York city — Zoning Law — determination of board of appeals refusing, in the exercise of discretion, permit to build garage, sustained.*

People ex rel. Falkenau & Hamershlag, Inc., v. Walsh, 214 App. Div 705, affirmed.

(Argued June 2, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1925, which reversed an order of Special Term